UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC ALLEN EARLE,<br><br>    Petitioner,<br><br>v.<br><br>DANIEL PARAMO, Warden,<br><br>    Respondent. | No. CV 18-5279-JAK (AGR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file de novo, including the magistrate judge's Report and Recommendation. No objections to the Report have been filed. The Court agrees with the recommendation of the magistrate judge.

IT IS ORDERED as follows:

(1) Petitioner's request to dismiss without prejudice Ground Seven is granted;

(2) Petitioner's request for a stay of federal proceedings is denied as moot; and

(3) Respondent's motion to dismiss the Petition is denied.

DATED: May 28, 2019

                                            JOHN A. KRONSTADT<br>                                            United States District Judge