# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC ALLEN EARLE,<br><br>   Petitioner,<br><br>v.<br><br>DANIEL PARAMO, Warden,<br><br>   Respondent. | No. CV 18-5279-JAK (AGR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file de novo, including the magistrate judge's Report and Recommendation. No objections to the Report have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED that Judgment be entered denying the Petition for Writ of Habeas Corpus on the merits and dismissing this action with prejudice.

DATED: June 2, 2021

JOHN A. KRONSTADT
United States District Judge