UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC ALLEN EARL,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>DANIEL PARAMO, Warden,<br><br>　　　　　Respondent. | NO. CV 18-5279-JAK (AGR)<br><br>JUDGMENT |

　　　Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

　　　IT IS ADJUDGED that the Petition For Writ of Habeas Corpus in this matter is denied on the merits and dismissed with prejudice.

DATED: June 2, 2021

　　　　　　　　　　　　　　　　　　　JOHN A. KRONSTADT
　　　　　　　　　　　　　　　　　　　United States District Judge